| | |
|---|---|
| 1  State of Oregon | '05 1174 KI |
| 2  Plaintiff  vs. | Coos Co case no. 01CR0810 |
| 3  Lawrence J. Gibb | appellate case no A116477 |
| 4  Defendant-Relator. | Supreme court no S 51910 |
| 5 | |
| 6 | motion requesting |
| 7 | "place Holder" |

8
9  Comes now, Lawrence J. Gibb requesting this
10 Honorable court to place these case numbers on
11 ("place holder"). until all other paper-work can
12 be submitted.
13
14 Rhines v. Webber 126, LEd2d 1528, 1531, S.CT (2005)
15
16 Pace v. Di Guglielmo, 125, S.CT, 807, 814, (2005)

26 Dated this 23rd day of June 2005   without prejudice
777, Stanton Blvd.   Lawrence J Gibb
Ontario, Oregon, [91914].   in propria persona
   attorney-in-fact.
   SID# 14125010

Page 1 of 1 -- Place holder

Form 03.010 9/98

## DECLARATION OF MAILING

CASE NAME: _State of Oregon_ vs. _Lawrence "J" Gibbs_

CASE NUMBER (if known): _____

COMES NOW, _Lawrence "J" Gibbs_, and does declare under penalty of perjury:

That I am incarcerated by the Oregon Department of Corrections at Snake River Correctional Institution, 777 Stanton Blvd., Ontario, Oregon 97914-8335.

That on the 23rd day of _June_, 20_05_, I personally placed in the Snake River Correctional Institution's mailing service A TRUE COPY of the following:

_motion requesting "place Holder":_

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

_U.S. District court_
_740, U.S. Court house_
_1000, S.W. Third ave_
_Portland Oregon, 97204_

"I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY."

Dated this 23rd day of _June_, 20_05_.

_Lawrence "J" Gibbs_
(Signature)
Print Name: _Lawrence "J" Gibbs_
Sid # _14135014_
Snake River Correctional Institution
777 Stanton Boulevard
Ontario, Oregon 97914-8335

# CERTIFICATE OF SERVICE

CASE NAME: _State of Oregon_ vs _Lawrence "J" Gibbs_

CASE NUMBER (if known): _____

COMES NOW, _Lawrence "J" Gibbs_, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Snake River Correctional Institution, 777 Stanton Blvd., Ontario, Oregon 97914-8335.

That on the _23rd_ day of _June_, 20_05_, I personally placed in the Snake River Correctional Institution's mailing service A TRUE COPY of the following:

_motion requesting "place Holder"_

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

U.S. District Court,
740, U.S. Court House,
1000, S.W. Third ave,
portland Oregon, 97204.

_Lawrence "J" Gibbs_
(Signature)

Print Name: _Lawrence "J" Gibbs_

S.I.D. Number: _14135016_
Snake River Correctional Institution
777 Stanton Blvd.
Ontario, OR  97914-8335