HARDY MYERS
Attorney General
LYNN DAVID LARSEN  #77254
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: lynn.larsen@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAWRENCE GIBBS,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN BELLEQUE,<br><br>    Respondent. | Case No. 05-1174-KI<br><br>AFFIDAVIT OF LYNN DAVID LARSEN |

STATE OF OREGON    )
                   ) ss.
County of Marion   )

    I, Lynn David Larsen, being first duly sworn on oath, depose and say:

    1.    I am an attorney licensed to practice law in the State of Oregon and an Assistant Attorney General for the State of Oregon.

    2.    I am counsel for respondent in the above-captioned case.

    3.    More time is needed to review and respond to petitioner's habeas corpus petition, and to locate documents and assemble exhibits. In addition, the paralegal primarily responsible

Page 1 -    AFFIDAVIT OF LYNN DAVID LARSEN
    LDL/med/TRIQ6223    Department of Justice
    1162 Court Street NE
    Salem, OR 97301-4096
    (503) 947-4700

for preparing the records in federal habeas corpus matters currently faces a backlog of 89 cases, including the record in this case.

4. A representative of my office contacted petitioner's counsel, T.J. Hester, and he takes not position regarding the requested extension of time.

5. This is respondent's first request for an extension of time.

6. Therefore, I request a 60-day extension until **March 26, 2007**, to file a response to petitioner's habeas corpus petition.

_____
LYNN DAVID LARSEN
Assistant Attorney General

SUBSCRIBED AND SWORN to before me this 17 day of January, 2007.

OFFICIAL SEAL
MELISSA C MELTON
NOTARY PUBLIC-OREGON
COMMISSION NO. 409167
MY COMMISSION EXPIRES AUG. 16, 2010

_____
Notary Public for Oregon
My Commission Expires: 8/16/2010

Page 2 -   AFFIDAVIT OF LYNN DAVID LARSEN
           LDL/med/TRIQ6223
                                          Department of Justice
                                          1162 Court Street NE
                                          Salem, OR 97301-4096
                                          (503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on January 17, 2007, I served the foregoing AFFIDAVIT OF LYNN DAVID LARSEN upon the parties hereto by the method indicated below, and addressed to the following:

Thomas J. Hester  
Assistant Federal Public Defender  
101 SW Main Street, Suite 1700  
Portland, OR 97204

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
_X_ E-FILE

LYNN DAVID LARSEN #77254  
Attorney-In-Charge  
Trial Attorney  
Tel (503) 947-4700  
Fax (503) 947-4794  
lynn.larsen@doj.state.or.us  
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE  
LDL/mcm/TRIQ3534

Department of Justice  
1162 Court Street NE  
Salem, OR 97301-4096  
(503) 947-4700 / Fax: (503) 947-4794